UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAMUEL & STEIN
David Stein (DS 2119)
Michael Samuel (MS 7997)
38 West 32nd Street
Suite 1210
New York, New York 10001
(212) 563-9884
Attorneys for Plaintiff,
Prince Asare

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 22 2008 ★
BROOKLYN OFFICE

Prince Asare,

    Plaintiff,

- vs. -

Milad Bed/Bath, Inc. and
Imadedin Ahmad,

    Defendants.

INDEX NO. 08-CV-1819
(DGT)(CLP)

**DEFAULT JUDGMENT**

Default was entered against defendants Milad Bed/Bath, Inc. and Imadedin Ahmad on June 13, 2008. The plaintiff having requested entry of judgment by default and having filed a certification of the amount due, and a certification stating that defendant is not in the military service, and it appearing from the record that defendant is not an infant or incompetent person, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Default Judgment is entered against Milad Bed/Bath, Inc. and Imadedin Ahmad in favor of Prince Asare as follows:

The sum of $61,877.97, the amount claimed, with interest at the legal rate in effect on the date of this judgment and, that the plaintiff have execution therefor.

Dated: July 31, 2008

~~ROBERT C. HEINEMANN, Clerk, USDC~~

s.David G. Trager

~~Clerk.~~
David G. Trager,
United States District Judge